### SEABOARD AIR-LINE RAILWAY *v.* MOSELEY.

BECK, J. 1. The exceptions to the refusal of certain requests to charge the jury are not well taken, because the requests in themselves are not such complete and accurate statements of the law in all respects as to render it error for the judge to decline to give them.

2. The exceptions to the charge as given and to rulings of the court made pending the trial are without merit.

*Judgment affirmed. All the Justices concur.*
AUGUST 13, 1915.

Action for damages. Before Judge Rawlings. Toombs superior court. July 15, 1914.

*J. B. Geiger,* for plaintiff in error.

*G. W. Lankford* and *Hines & Jordan,* contra.

---

### STURKEY *v.* O'DOWD SONS & COMPANY.

BECK, J. 1. No material error is shown in the rulings of the court pending the trial.

2. While the charge in reference to the burden of proof was not entirely accurate, in view of the evidence in the case and the issues made, the inaccuracy was not of such character as to require the grant of a new trial.　*Judgment affirmed. All the Justices concur.*
AUGUST 13, 1915.

Attachment. Before Judge Hammond. Richmond superior court. January 16, 1914.

*Pierce Brothers,* for plaintiff in error.　*D. G. Fogarty,* contra.